COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  LEWIS  ANTHONY  CEASER
      (Last)      (First)      (Initial)

Prisoner Number  # V95299

Institutional Address  SALINAS VALLEY STATE PRISON
P.O. BOX 1050 SOLEDAD, CALIFORNIA 93960

FILED
JAN 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY CEASER Lewis
(Enter the full name of plaintiff in this action.)

vs.

BELINDA ALLEN-HENDRIX
CASE MANAGER SPECIALIST
SALINAS VALLEY STATE PRISON
STATE OF CALIFORNIA
(Enter the full name of the defendant(s) in this action))

Case No.  CV 08 0711 WHA (PR)
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  SALINAS VALLEY STATE PRISON

B.  Is there a grievance procedure in this institution?
    YES (●)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES (●)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the
    Directors Level Appeal Decision
    COMPLAINT  (I.A.B) CASE NO. 0706484  LOCAL LOG NO.
    NOV-11-2007                            SVSP.-07-02308

-1-

appeal at each level of review. If you did not pursue a certain level of appeal, explain why. .

1. Informal appeal _____

_____

_____2. First formal level_____

_____

_____

3. Second formal level_____

_____

_____4 Third formal level _____

_____

_____

E.  Is the last level to which you appealed the highest level of appeal available to you?

        YES (■)    NO ( )

F.  If you did not present your claim for review through the grievance procedure, explain why._____

_____

_____

II.  Parties

A.  Write your name and your present address. Do the same for additional plaintiffs, if any.

_Anthony Ceaser Lewis  P.O. box 1050 SoLEDAD CALif._
_93960,   E.T. AL_____

_____

B.  Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                                - 2 -

1       place of employment.

2   Belinda ALLEN-HENDRIX SALINAS VALLEY STATE

3   PRISON P.O. box 1050. SOLEDAD CALIFORNIA 93960.

4   (831) ▓▓▓ 679-5500

5

6                                       III.

7 Statement of Claim

8     State here as briefly as possible the facts of your case. Be sure to describe how each

9 defendant is involved and to include dates, when possible. Do not give any legal arguments or

10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11 separate numbered paragraph.

12   I WENT BEfore CASE MANAGER ▓▓▓▓ DENIED

13   HEARING ACCORDING TO TRUTHFUL RELEASED DATE

14   AND TOLD IT JUST TO MUCH. AND IT CORRECT

15   And then FILED 602. And it wrong. According

16   TO DIRECTOR. of Correction.

17

25 IV.   Relief

26     Your complaint cannot go forward unless you request specific relief. State briefly exactly

27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28   To be release out of custody to parole.
     To be compensated. 10,000⁰⁰

COMPLAINT                - 3 -

1       place of employment.
2 _____
3 _____
4 _____
5 _____
6 _____ III.
7 Statement of Claim
8       State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 IV.     Relief
26       Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 _____

COMPLAINT                         - 3 -

1  _____
2  _____
3  _____
4  _____
5  _____
6  _____

7      I declare under penalty of perjury that the foregoing is true and correct.

9      Signed this __24__ day of __January__, 20__08__

11      _____Anthony C Lewis_____
12      (Plaintiff's signature)

COMPLAINT      - 4 -

Case 3:08-cv-00711-WHA    Document 1    Filed 01/30/2008    Page 6 of 12

```
1  _____
2  _____
3  _____
4  _____
5  _____
6  _____
```

7    I declare under penalty of perjury that the foregoing is true and correct.

9    Signed this _____ day of _____, 20____

11                              _____
12                                      (Plaintiff's signature)

COMPLAINT                              - 4 -

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:  **NOV 1 1 2007**

In re:  Anthony Lewis, V95299
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

IAB Case No.: 0706484          Local Log No.: SVSP-07-02308

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner K. J. Allen. All submitted documentation and supporting arguments of the parties have been considered.

**I  APPELLANT'S ARGUMENT:** It is the appellant's position that his calculated release date by the institution is incorrect. The appellant contends that his current credit earning is incorrect and that his pre-sentence credits are wrong. The appellant requests on appeal that he be provided with a "Haygood" or Computation Review Hearing (CRH).

**II  SECOND LEVEL'S DECISION:** The reviewer found that the appellant's Earliest Possible Release Date has been calculated correctly. The reviewer addressed the appellant's appeal claims regarding incorrect pre-sentence credits. However, the appellant's request for a CRH was denied in that the hearing is only to be conducted when an error has been discovered. The appeal was denied at the Second Level of Review.

**III  DIRECTOR'S LEVEL DECISION:** Appeal is granted in part.

**A. FINDINGS:** Although it appears the appellant's appeal complaint has been addressed by staff at Salinas Valley State Prison (SVSP), the institution has incorrectly interpreted departmental rules and regulations. The appellant's request for a CRH was improperly denied. There is no regulation that states an error must be discovered before a request for a CRH will be conducted. In contrast, departmental regulations provide that a CRH will be conducted by the case records manager or supervisor within 15 days following receipt of the request on an appeal.

**B. BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section (CCR): 3001, 3084.1, 3084.7, 3371.1

**C. ORDER:** The SVSP shall conduct the requested CRH in accordance with the CCR 3084.7(h).

This issue was discussed with the office of the chief deputy warden.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:   Warden, SVSP
Appeals Coordinator, SVSP

PETITIONER EXIHIBIT (A)

PETITIONER MAKES COMPLAINT OF NEGLECT. OF CONSTITUTION RIGHTS OF AMENDMENTS

BY THE STATE OF CALIFORNIA DEPARTMENT OF CORRECTION

PETITIONER STATES CONSTITUTIONAL AMENDMENT RIGHT LIBERTY, OATHS, HAS BEEN VIOLATED WITHOUT LEGAL CAUSE AND ALL CONSTITUTIONAL AMENDMENTS VIOLATED RIGHT TO FAIR HEARING.

I

ANTHONY CEASER LEWIS #V95299 LOCATED AT SALINAS VALLEY STATE PRISON P.O. BOX 1050. SOLEDAD, CALIFORNIA 93960.

FILED A 602 CDC FORM APPEAL. #(IAB) 0706484 S.V.S.P. 07-2308 CONCERNING RECALL OF COMMITMENT. TERM.

HE MET WITH CASE MANAGER MS. BELINDA ALLEN-HENDRIX AS CASE MANAGER SPECIALIST. SHE DENIED (ORDER) SET BY DIRECTOR DECISION CHIEF. DIRECTOR OF CORRECTIONS. INMATE APPEALS BRANCH P.O. BOX #942883.

SEE FORM ENCLOSED. EVIDENCE. AND PROOF.

PETITIONER EXPLAINED ILLEGAL CUSTODY. WRONG RELEASE UNLAWFULLY HELD. NOT ALLOWED PAROLE. AS STATED.

PETITIONER EXIHIBIT (A)

## II

PETITIONER WAS ARRESTED ON 03-24-2005. FOR VIOLATION 3056.

TRANSPORTED TO MONTEREY COUNTY JAIL #0503172

Held ILLEGALY IN CUSTODY WITH NO PAROLE OR CDC NUMBER.

EXISTED IN STATE OF CONVICTION. #05031759 REPORT. SALINAS PD.

NO PFN. EXIST. PETITIONER DID HAVE A CONVICTION #K94370

PENAL CODE SECTION 3000 (A){B) RELEASED FROM CUSTODY DISCHARGED.

TERHUNE VS. SUPERIOR CT 65 CAL RPTR (1DIST) (1998) P.C. 3000 TERM.

BOARD OF PRISONS STATE ERROR ON RECORD CHRONOLOGICAL HISTORY

TO ARREST. DATED 03-24-2005. 1104 BPT.

Augullated ACCUONT OF RECORD PROVE AS PERPONDURONCE

AND WIEGHT TO PROVE NO CONVICTION of PAROLE TO HOLD.

A PAROLE VIOLATION IN JAIL MONTEREY COUNTY JAIL. SALINAS CALIFORNIA

AFTER (BPT) HEARING STILL IN CUSTODY NOT RELEASED.

AFTER (BPT) BOARD OF PRISONS RELEASED. NO REASON TO BE IN OUR

CUSTODY. YOUR FREE. ILLEGAL ARREST NO PAROLE.

PETITIONER EXIHIBIT (A)

## III

PETITIONER while IN CUSTODY WRONGFULLY HELD 3056. SUFFERED A CONVICTION AT MONTEREY COUNTY JAIL #0503172 BOOKING NUMBER REPORT NUMBER #05031759 #SS.51130-A SALINAS SUPERIOR CT. CASE. 290(a)(1)(d) PENAL CODE ACCORDING TO ABSTRACT. THE PENAL SECTION DOES NOT EXIST AS LAW YET 290(d) JUVINIAL offense DOES EXIST. BUT NOT AS Felony BUT AS MISDERMEANOR offense. only.

THERE A CONFUSION TO SENTENCE I APPEALED NOT A 667.5(C) PENAL CODE CASE. AND NOT FOUND WITH ANY TERM OF PUNISHMENT THAN 290(d)(9) PARAGRAPH (3) (1)(2)(3) PENAL 290 SECTION. APPEAL (NEW) LAW MADE LEWIS CAL 6. DIST 6. (2006).

HOW CAN I BE PENALIZED with no CASE OR STATUE. ACCORDING TO JURY TRIAL "WE THE PEOPLE FIND Defendant GUILTY of 290(a)(1)(d) PENAL CODE STATE of CALIFORNIA."

IF 290 OFFENSE OCCURED WHILE ON Parole 290.PC.3000. would STAND AS VIOLATED only.

Petitioner Exihibit (A)

## IV

Our Discussion Case Manager Speciallist Belinda Allen-Hendrix.

Explained you have 5 years to do at 85% percent.

Mr Lewis Response. I see that the 290(A)(1)(d) PC.

is not within 667.5(C) PC. sub-division (C)

667.5(C) subdivision mean violent. Mr Lewis is 290.

not violent as quoted in Appeal Six Dist. Lewis Cal 6. Dist 6.

(2006). Further more CDC manuels of operation explaination

the Theory of Administration section 3371.1

only a case listed as 667.5(c) PC sub-division (C).

would accure 85% percent.

I explained out of 5 years you dont do all of it

See the math.   Arrest on 03-24-2005 and add to now

This is todays date. The court give you credit 4019.

231 days credit. And that 5 years 85% percent.

1551.25. Minus. Every day Plus court credit 231 days.

85 percent is for a strike only. Lewis is non-strikeable
290 Not in text of 667.5(C) PC.
No Prior Convictions.

PETITIONER EXIHIBIT (A)

## V

HIS ARREST DATED 03-24-2005 TO TODAY DATE. IS OVER THE AMOUNT. TERM OF PUNISHMENT FOR A TERM MAX 16-2-3 YEARS.

290 PENAL SECTION  290(a)(1)(d) PENAL SECTION

3 YEARS IS THE MAXIUM AMOUNT. OF ALL TIME CONSTRAINTS

4019 - 2931 PC.  1170(a)(1)(2)(3) PC.  1478 PC - 1487 PC

PC. 3000  TERHUNE VS. SUPERIOR CT. 65 CAL RPTR (1 DIST) (1998)

TIME CREDITS COMPLETED  2005  2006  2007  2008.

DAYS.   283   365   365   24

4019 PENAL CODE CREDIT  231.

TOTAL TIME SERVED  1268  IN CUSTODY