**FILED**
JAN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY LEWIS

        Plaintiff,

vs.

BELINDA ALLEN-HENDRIX
CASE MANAGER SPECIALIST
SALINAS VALLEY STATE Defendant.
PRISON STATE OF CALIFORNIA

CASE NO. CV 08 0711 WHA (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Anthony Lewis, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Ø      Net: Ø

Employer: none

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received. (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | none
5 | _____
6 | _____
7 | 2.    Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:
9 |        a.    Business, Profession or                     Yes ___ No _X_
10|              self employment
11|        b.    Income from stocks, bonds,                  Yes ___ No _X_
12|              or royalties?
13|        c.    Rent payments?                              Yes ___ No _X_
14|        d.    Pensions, annuities, or                     Yes ___ No _X_
15|              life insurance payments?
16|        e.    Federal or State welfare payments,          Yes ___ No _X_
17|              Social Security or other govern-
18|              ment source?
19| If the answer is "yes" to any of the above, describe each source of money and state the amount
20| received from each.
21| none
22| _____
23| 3.    Are you married?                                    Yes ___ No _X_
24| Spouse's Full Name: ∅
25| Spouse's Place of Employment: ∅
26| Spouse's Monthly Salary, Wages or Income:
27| Gross $ ∅                              Net $ ∅
28| 4.    a.    List amount you contribute to your spouse's support: $ ∅

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?    Yes ___ No _X_
8  Estimated Market Value: $ _Ø_    Amount of Mortgage: $ _Ø_
9  6.  Do you own an automobile?    Yes ___ No _X_
10 Make _Ø_    Year _Ø_    Model _Ø_
11 Is it financed? Yes ___ No _X_   If so, Total due: $ _Ø_
12 Monthly Payment: $ _Ø_
13 7.  Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _WASHINGTON MUTUAL INC._
15 _1970 ▪ N MAIN ST. SALINAS, CALIFORNIA 93907_
16 Present balance(s): $ _5/.00_
17 Do you own any cash? Yes ___ No _X_ Amount: $ _1.00_
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No _X_
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _880.00_    Utilities: _____
23 Food: $ _200.00_    Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _Ø_                    $ _Ø_                  $ _Ø_
27 _____            $ _____           $ _____
28 _____            $ _____           $ _____   9.  Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 3 -

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | none
4 |
5 | 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___ No _X_
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

01/24/2008                    /s/ Anthony C Lewis
DATE                          SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___Ø___ for the last six months at *Anthony Lewis* [prisoner name]
*Salinas Valley State Prison*
*Soledad California 93960* where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___Ø___ and the average balance in the prisoner's account each month for the most recent 6-month period was $ ___Ø___.

Dated: 01/24/2008     _____

[Authorized officer of the institution]

- 5 -