1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   ANTHONY CEASER LEWIS,                      No. C 08-0711 WHA (PR)

11             Plaintiff,                       **JUDGMENT**

12     v.

13   BELINDA  ALLEN-HENDRIX,  Case
     Management Specialist, Salinas Valley
14   State Prison,

15             Defendant.

16   _____/

17       The court has dismissed this prisoner in forma pauperis complaint.  A judgment of dismissal

18   without prejudice is entered in favor of defendant.  Plaintiff shall take nothing by way of his complaint.

19       **IT IS SO ORDERED.**

20

21   Dated: February ___11___, 2008.

22                                              WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28   G:\PRO-SE\WHA\CR.08\LEWIS0711.JUD.wpd

*United States District Court*
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ANTHONY C LEWIS,

               Plaintiff,

  v.

BELINDA ALLEN-HENDRIX et al,

               Defendant.

_____/

Case Number: CV08-00711 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Anthony Ceaser Lewis
V-95299
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960-1050

Dated: February 12, 2008

Richard W. Wieking, Clerk
By: D. Toland, Deputy Clerk